## IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF MISSISSIPPI
## SOUTHERN DIVISION

**CHRISTY CURRY**                                                          **PLAINTIFF**

**v.**                                                          **CAUSE NO. 1:16CV175-LG-RHW**

**NAVIENT SOLUTIONS, INC.**                                        **DEFENDANT**

### ORDER GRANTING JOINT MOTION TO STAY AND
### REFER MATTER TO ARBITRATION

BEFORE THE COURT is the [9] Joint Motion To Stay and Refer Matter To Arbitration filed by the Plaintiff and Defendant in this action. The parties agree that Plaintiff entered into a Promissory Note that requires arbitration of this matter. As such, the parties request that the Court stay this matter so that the parties may pursue arbitration, but reserve jurisdiction to enter a final judgment upon any arbitration award. Having reviewed the Motion and the representations made by the parties therein, the Court finds that the Motion should be granted.

**IT IS THEREFORE ORDERED AND ADJUDGED** that the [9] Joint Motion To Stay and Refer Matter To Arbitration is **GRANTED** and that this matter is **STAYED** pending arbitration.

**IT IS FURTHER ORDERED AND ADJUDGED** that the parties must jointly notify the Court of the outcome of any arbitration no later than nine (9) months from the date of this Order.

**SO ORDERED AND ADJUDGED** this the 20th day of July, 2016.

s/ *Louis Guirola, Jr.*
LOUIS GUIROLA, JR.
CHIEF U.S. DISTRICT JUDGE